UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL O'CONNOR,

                Plaintiff,

         -v-

PHYLLIS FRANK, et al.,

                Defendants.

19-CV-11001 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff Michael O'Connor is hereby released from this action. The Clerk of Court is directed to adjust the list of parties accordingly.

    SO ORDERED.

Dated: October 13, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge