UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

MICHAEL O'CONNOR as PLAN ADMINISTRATOR FOR THE 401(k)

        Plaintiff(s),

against

PHYLLIS FRANK & EMILY ROSEN

        Defendant(s).
------------------------------------------------------X

ORDER AUTHORIZING INTERPLEADER DISBURSEMENT (28 USC § 1335)

19 Civ. 11001

Interpleader funds in the amount of $ 175,781.12, were previously ordered deposited into the Disputed Ownership Fund (DOF) in the Court Registry Investment System (CRIS) by Order dated 03/11/2020. The funds plus any accrued interest in the DOF in CRIS in this action shall be withdrawn and disbursed as follows:

1. The Clerk of Court shall deduct from the investment the authorized fee from the earned income, as authorized by the Judicial Conference and set by the Director of the Administrative Office.

2. The remaining funds on deposit in the DOF in CRIS, shall disbursed as follows:

   to Phyllis Frank, plus any accrued interest. Phyllis Frank's attorney is directed to contact the District's Finance Department (212-805-0600) to get the required documentation to receive the disbursement.

Dated: March 23, 2022
New York, New York

SO ORDERED:

J. PAUL OETKEN
United States District Judge